ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
GWENDOLYN M. GAMBLE (CA Bar No. 143267)
Assistant United States Attorney

    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Email: gwen.gamble@usdoj.gov
    Telephone: (213) 894-6684
    Fax:       (213) 894-7819

Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ADRIENNE P. CLAYTON,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN E. POTTER,<br><br>    Defendant. | No. CV 09-6479 R (VBKx)<br><br>**JUDGMENT**<br><br>**[PROPOSED]**<br><br>**Hearing Date: May 24, 2010**<br>**Time:       10:00 a.m.**<br>Pretrial Conf.: May 3, 2010<br>Trial:          June 8, 2010<br>Honorable Manuel L. Real |

    Defendant's Motion for Summary Judgment having come on for hearing, and the Court having considered the pleadings, evidence presented, and the memorandum of points and authorities, and in accordance with the Statement of Uncontroverted Facts and Conclusions

of Law entered herein,

   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion be granted and judgment is hereby entered for defendant.

   DATED: June 7, 2010

```
                                   _____
                                   MANUEL L. REAL
                                   UNITED STATES DISTRICT JUDGE
```

PRESENTED BY:

ANDRÉ BIROTTE JR.
United States Attorney
LEON WEIDMAN
Assistant United States Attorney
Chief, Civil Division


/s/ Gwendolyn M. Gamble
GWENDOLYN M. GAMBLE
Assistant United States Attorneys